# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2011

142065

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHERYL A. BEACH, f/k/a
SHERYL A. LYMAN,
      Plaintiff-Appellant,

v

CHARTER TOWNSHIP OF CHESTERFIELD,
      Defendant-Appellee.

SC: 142065
COA: 297807
Macomb CC: 2008-001774-CZ

_____/

On order of the Court, the application for leave to appeal the September 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

p0321